JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DAVID PAXTON (CABN 266940)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Facsimile:  (408) 535-5066
Email: david.paxton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00093-JW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER DISMISSING INFORMATION |
| v. | ) ) | |
| VALERIE BELLINGER, | ) ) | |
| Defendant. | ) ) | |

   In light of the government's motion, and for the reasons stated therein, the captioned Information is hereby ordered dismissed without prejudice.


IT IS SO ORDERED.  All pretrial and trial dates are VACATED.  The Clerk shall close this file.


DATED: ___August 5,_____, 2010

_____
JAMES WARE
United States District Judge


ORDER DISMISSING INFORMATION
CR 10-00093-JW